UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re

Virginia Pacific Forrest Products Company

Case No. 03-32842-DOT

Chapter 7

Debtor.

REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividend represents the dividend due and payable to:

Creditor's Name and Address
Internal Revenue Service
P O Box 10025
Stop Room 898
Richmond, VA 23240

Amount of Dividend
$2.15

Dated: August 9, 2010

/s/ Keith L. Phillips
Keith L. Phillips, Trustee
311 South Boulevard, 2nd Floor
Richmond, VA 23220
Telephone: (804) 358-9400

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to the Office of the United States Trustee at 701 East Broad Street, Suite 4304, Richmond, VA 23219 on August 9, 2010.

/s/ Keith L. Phillips
Keith L. Phillips, Trustee